```
         ____ FILED          ____ RECEIVED
         ____ ENTERED        ____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              DEC 14 2011

            CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

| | |
|---|---|
| GEROME GARRETT, | 3:11-cv-00811-ECR-WGC |
| Plaintiff, | |
| vs. | **Order** |
| UNITED STATES GOVERNMENT, et al., | |
| Defendant. | |

On November 10, 2011, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (#1). Plaintiff claims that his income is $674 per month from disability payments, and that he has no savings.

On November 18, 2011, Plaintiff filed an Amended Complaint (#3), alleging that all of his civil rights have been violated due to acts of the United States government. Specifically, Plaintiff claims that he has lost his real family, his identity, property, jackpots, ideas, thoughts, and inventions. Plaintiff alleges that the government caused such loss through an agent impersonating Plaintiff and/or his mother.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's complaint is dismissed because it fails to state a claim upon which relief may be granted. Plaintiff shall have twenty-eight (28) days within which to file an amended complaint containing specific and proper claims.

1  Plaintiff's application to proceed without prepaying costs and fees
2  is **GRANTED**.

5  DATED: December  13 , 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE