```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         DEC 1 4 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
                              DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| GEROME GARRETT, | 3:11-cv-00811-ECR-WGC |
| Plaintiff, | |
| vs. | **Order** |
| UNITED STATES GOVERNMENT, et al., | |
| Defendant. | |

On November 10, 2011, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (#1). Plaintiff claims that his income is $674 per month from disability payments, and that he has no savings.

On November 18, 2011, Plaintiff filed an Amended Complaint (#3), alleging that all of his civil rights have been violated due to acts of the United States government. Specifically, Plaintiff claims that he has lost his real family, his identity, property, jackpots, ideas, thoughts, and inventions. Plaintiff alleges that the government caused such loss through an agent impersonating Plaintiff and/or his mother.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's complaint is dismissed because it fails to state a claim upon which relief may be granted. Plaintiff shall have twenty-eight (28) days within which to file an amended complaint containing specific and proper claims.

1  Plaintiff's application to proceed without prepaying costs and fees
2  is **GRANTED**.
3
4
5  DATED: December __13__, 2011.
6                                          _Edward C. Reed_
7                                          UNITED STATES DISTRICT JUDGE