1
2
3
4                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
5                            **RENO, NEVADA**
6
7
GEROME GARRETT,                    )        3:11-cv-00811-ECR-WGC
8                                  )
        Plaintiff,                 )
9                                  )
vs.                                )        **Order**
10                                 )
UNITED STATES GOVERNMENT, et al.,  )
11                                 )
        Defendant.                 )
12                                 )
                                   )
13 _____)

14      On November 18, 2011, Plaintiff filed a first Amended Complaint
15 (#3) alleging that all of his civil rights have been violated by the
16 United States government.  Specifically, Plaintiff alleged that he
17 has been an illegal government project his entire life, and that his
18 mother is a government secret agent.

19      On December 14, 2011, the Court issued an Order (#5) granting
20 Plaintiff twenty-eight days within which to file an amended
21 complaint containing specific and proper claims.  In response,
22 Plaintiff filed a second Amended Complaint (#6), which merely
23 includes the word "same" for nature of the case and the civil rights
24 he alleges to have been violated.  He again alleges that all his
25 thoughts, ideas, inventions, casino jackpots, property and money
26 should be restored to him.  Because Plaintiff has failed to state a
27 claim upon which relief may be granted, despite the Court's previous
28 Order (#5) directing him to do so, the action must be dismissed.

1    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's claims are

2  **DISMISSED** without leave to amend.

3    The Clerk shall enter judgment accordingly.

4

5  DATED: April 16, 2012.

6                                   _Edward C. Reed._

7                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2