**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA**

| | |
|---|---|
| GEROME GARRETT, | 3:11-cv-00811-ECR-WGC |
| Plaintiff, | |
| vs. | **Order** |
| UNITED STATES GOVERNMENT, et al., | |
| Defendant. | |

   On November 18, 2011, Plaintiff filed a first Amended Complaint (#3) alleging that all of his civil rights have been violated by the United States government.  Specifically, Plaintiff alleged that he has been an illegal government project his entire life, and that his mother is a government secret agent.

   On December 14, 2011, the Court issued an Order (#5) granting Plaintiff twenty-eight days within which to file an amended complaint containing specific and proper claims.  In response, Plaintiff filed a second Amended Complaint (#6), which merely includes the word "same" for nature of the case and the civil rights he alleges to have been violated.  He again alleges that all his thoughts, ideas, inventions, casino jackpots, property and money should be restored to him.  Because Plaintiff has failed to state a claim upon which relief may be granted, despite the Court's previous Order (#5) directing him to do so, the action must be dismissed.

1 **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's claims are
2 **DISMISSED** without leave to amend.
3     The Clerk shall enter judgment accordingly.
4
5 DATED: April 16, 2012.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE