~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

GEROME GARRETT

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00811-ECR-WGC**

UNITED STATES GOVERNMENT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED** without leave to amend.

April 17, 2012                                        **LANCE S. WILSON**
                                                                 Clerk

                                                                 /s/ D. R. Morgan
                                                                  Deputy Clerk